# In the United States Court of Federal Claims

No. 17-97C

(Filed: August 28, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

MOLINA HEALTHCARE OF
CALIFORNIA, INC., and
MOLINA HEALTHCARE OF FLORIDA,
INC., *et al.*,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On August 25, 2017, the parties jointly requested that the Court not enter a Rule 54(b) judgment at this time and stay this case pending the Federal Circuit's resolution of the Land of Lincoln and Moda Health Plan consolidated appeal. The Court GRANTS the parties' request. The parties shall file a joint status report no more than 14 days after the Federal Circuit has issued its final decision in the consolidated appeal.

IT IS SO ORDERED.

                                          s/ Thomas C. Wheeler
                                          THOMAS C. WHEELER
                                          Judge